## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | CIVIL ACTION NO: |
| Plaintiff | COMPLAINT |
| vs. | RE:<br>562 Benton Avenue, Winslow, ME 04901 |
| Jill L. O`Connor and Kevin S. O`Connor | Mortgage:<br>January 12, 2007<br>Book 9220, Page 0184 |
| Defendants<br>Maine Revenue Services | |
| Party-In-Interest | |

NOW COMES the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, Jill L. O`Connor and Kevin S. O`Connor, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, in which the Defendant, Jill L.

O`Connor, is the obligor and the total amount owed under the terms of the Note is One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust is a corporation with its principal place of business located at 13801 Wireless Way, Oklahoma City, OK 73134.

5. The Defendant, Jill L. O`Connor, is a resident of Winslow, County of Kennebec and State of Maine.

6. The Defendant, Kevin S. O`Connor, is a resident of Winslow, County of Kennebec and State of Maine.

7. The Party-in-Interest, Maine Revenue Services, is located at c/o Kevin J. Crosman, Esq., Assistant Attorney General, 6 State House Station, Augusta, ME 04333.

## FACTS

8. On January 12, 2007, by virtue of a Warranty Deed from Amos J. Roy, which is recorded in the Kennebec Registry of Deeds in **Book 9220, Page 182**, the property situated at 562 Benton Avenue, County of Kennebec, and State of Maine, was conveyed to Jill L. O`Connor and Kevin S. O`Connor, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On January 12, 2007, Defendant, Jill L. O`Connor, executed and delivered to American Mortgage Network, Inc., DBA Amnet Mortgage a certain Note under seal in the amount of $104,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on January 12, 2007, Defendants, Jill L. O`Connor and Kevin S. O`Connor executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc. as nominee for American Mortgage Network DBA Amnet Mortgage, securing the property located at 562 Benton Avenue, Winslow, ME 04901 which Mortgage Deed is recorded in the Kennebec Registry of Deeds in **Book 9220**, **Page 0184**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to JPMorgan Chase Bank, National Association by virtue of an Assignment of Mortgage dated September 3, 2013 and recorded in the Kennebec Registry of Deeds in **Book 11512**, **Page 0342**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated September 18, 2014 and recorded in the Kennebec Registry

of Deeds in **Book 11810**, **Page 41**.  *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust by virtue of an Assignment of Mortgage dated March 30, 2018 and recorded in the Kennebec Registry of Deeds in **Book 12872**, **Page 44**.  *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was further assigned to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust by virtue of a Quitclaim Assignment dated August 29, 2018 and recorded in the Kennebec Registry of Deeds in **Book 13038**, **Page 26**.  *See* Exhibit H (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

15. On December 29, 2009, the Defendant, Jill L. O`Connor, executed a Home Affordable Modification Agreement which increased the principal amount of the Note to $112,543.68 (herein after referred to as the "Loan Modification").  *See* Exhibit D (a true and correct copy of the Loan Modification is attached hereto and incorporated herein)

16. On November 20, 2019, the Defendants, Jill L. O`Connor and Kevin S. O`Connor, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter").  *See* Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendants, Jill L. O`Connor and Kevin S. O`Connor, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter.  *See* Exhibit I.

18. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

22. Maine Revenue Services is a Party-in-Interest pursuant to a Tax Lien in the amount of $4,100.81 dated January 16, 2019, and recorded in the Kennebec Registry of Deeds in **Book 13132**, **Page 15** and is in second position behind Plaintiff's Mortgage.

23. The total debt owed under the Note and Mortgage as of March 13, 2020 is One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $105,475.93 |
| Interest | $562.08 |
| Escrow/Impound Required | $3,057.42 |
| Total Advances | $1,274.13 |
| Deferred Amounts | $12,604.49 |
| Grand Total | $122,974.05 |

24. Upon information and belief, the Defendants, Jill L. O`Connor and Kevin S. O`Connor, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

25. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 24 as if fully set forth herein.

26. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 562 Benton Avenue, Winslow, County of Kennebec, and State of Maine. *See* Exhibit A.

27. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the holder of the Note referenced in Paragraph 2 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, has the right to foreclosure and sale upon the subject property.

28. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the current owner and investor of the aforesaid Mortgage and Note.

29. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, are presently in default on said Mortgage and Note, having failed to make the monthly payment due October 1, 2019, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

30. The total debt owed under the Note and Mortgage as of March 13, 2020 is One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $105,475.93 |
| Interest | $562.08 |
| Escrow/Impound Required | $3,057.42 |
| Total Advances | $1,274.13 |
| Deferred Amounts | $12,604.49 |
| Grand Total | $122,974.05 |

31. The record established through the Kennebec Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

32. By virtue of the Defendants, Jill L. O`Connor and Kevin S. O`Connor's breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

33. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendants, Jill L. O`Connor and Kevin S. O`Connor, on November 20, 2019, evidenced by the Certificate of Mailing. *See* Exhibit I.

34. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, are not in the Military as evidenced by the attached Exhibit J.

## COUNT II – BREACH OF NOTE

35. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 34 as if fully set forth herein.

36. On January 12, 2007, the Defendant, Jill L. O`Connor, executed under seal and delivered to American Mortgage Network, Inc., DBA Amnet Mortgage a certain Note in the amount of $104,000.00.  *See* Exhibit B.

37. The Defendant, Jill L. O`Connor, is in default for failure to properly tender the October 1, 2019 payment and all subsequent payments.  *See* Exhibit I.

38. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Jill L. O`Connor.

39. The Defendant, Jill L. O`Connor, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

40. The Defendant Jill L. O`Connor's breach is knowing, willful, and continuing.

41. The Defendant Jill L. O`Connor's breach has caused Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

42. The total debt owed under the Note and Mortgage as of March 13, 2020, if no payments are made, is One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $105,475.93 |
| Interest | $562.08 |
| Escrow/Impound Required | $3,057.42 |
| Total Advances | $1,274.13 |
| Deferred Amounts | $12,604.49 |
| Fees Required w/ Payoff | $40.50 |
| Grand Total | $122,974.05 |

43. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

44. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 43 as if fully set forth herein.

45. By executing, under seal, and delivering the Note, the Defendant, Jill L. O`Connor, entered into a written contract with American Mortgage Network, Inc., DBA Amnet Mortgage who agreed to loan the amount of $104,000.00 to the Defendant. *See* Exhibit B.

46. As part of this contract and transaction, the Defendants, Jill L. O`Connor and Kevin S. O`Connor, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

47. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the proper holder of the Note and successor-in-interest to American Mortgage Network, Inc., DBA Amnet Mortgage, and has performed its obligations under the Note and Mortgage.

48. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, breached the terms of the Note and Mortgage by failing to properly tender the October 1, 2019 payment and all subsequent payments. *See* Exhibit I.

49. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Jill L. O`Connor.

50. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

51. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, are indebted to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust in the sum of One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, for money lent by the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, to the Defendants.

52. Defendants Jill L. O`Connor and Kevin S. O`Connor's breach is knowing, willful, and continuing.

53. Defendants Jill L. O`Connor and Kevin S. O`Connor's breach has caused Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

54. The total debt owed under the Note and Mortgage as of March 13, 2020, if no payments are made, is One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $105,475.93 |
| Interest | $562.08 |
| Escrow/Impound Required | $3,057.42 |
| Total Advances | $1,274.13 |
| Deferred Amounts | $12,604.49 |
| Fees Required w/ Payoff | $40.50 |
| Grand Total | $122,974.05 |

55. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – QUANTUM MERUIT

56. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 55 as if fully set forth herein.

57. American Mortgage Network, Inc., DBA Amnet Mortgage, predecessor-in-interest to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, loaned Defendant, Jill L. O`Connor, $104,000.00. *See* Exhibit B.

58. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, are in default for failure to properly tender the October 1, 2019 payment and all subsequent payments. *See* Exhibit I.

59. As a result of the Defendants Jill L. O`Connor and Kevin S. O`Connor's failure to perform under the terms of their obligation, the Defendants, should be required to compensate the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust.

60. As such, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V –UNJUST ENRICHMENT

61. The Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, repeats and re-alleges paragraphs 1 through 60 as if fully set forth herein.

62. American Mortgage Network, Inc., DBA Amnet Mortgage, predecessor-in-interest to U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, loaned the Defendant, Jill L. O`Connor, $104,000.00. *See* Exhibit B.

63. The Defendants, Jill L. O`Connor and Kevin S. O`Connor, have failed to repay the loan obligation.

64. As a result, the Defendants, Jill L. O`Connor and Kevin S. O`Connor, have been unjustly enriched to the detriment of the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust as successor-in-interest to American Mortgage Network, Inc., DBA Amnet Mortgage by having received the aforesaid benefits and money and not repaying said benefits and money.

65. As such, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, upon the expiration of the period of redemption;

c) Find that the Defendant, Jill L. O`Connor, is in breach of the Note by failing to make payment due as of October 1, 2019, and all subsequent payments;

d) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, are in breach of the Mortgage by failing to make payment due as of October 1, 2019, and all subsequent payments;

e) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due October 1, 2019 and all subsequent payments;

g) Find that the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendants, Jill L. O`Connor and Kevin S. O`Connor have been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, to restitution;

j) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, are liable to the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, for money had and received;

k) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, are liable to the Plaintiff for quantum meruit;

l) Find that the Defendants, Jill L. O`Connor and Kevin S. O`Connor, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, Jill L. O`Connor and Kevin S. O`Connor, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, is entitled to restitution for this benefit from the Defendants, Jill L. O`Connor and Kevin S. O`Connor;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, Jill L. O`Connor and Kevin S. O`Connor, and in favor of the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, in the amount of One Hundred Twenty-Two Thousand Nine Hundred Seventy-Four and 5/100 ($122,974.05) Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

                                                    Respectfully Submitted,
                                                    U.S. Bank Trust, N.A., as Trustee for LSF10
                                                    Master Participation Trust,
                                                    By its attorneys,

Dated: March 11, 2020

                                                  /s/ John A. Doonan, Esq.
                                                  /s/ Reneau J. Longoria, Esq.
                                                  John A. Doonan, Esq., Bar No. 3250
                                                  Reneau J. Longoria, Esq., Bar No. 5746
                                                  Attorneys for Plaintiff
                                                  Doonan, Graves & Longoria, LLC
                                                  100 Cummings Center, Suite 225D
                                                  Beverly, MA 01915
                                                  (978) 921-2670
                                                  JAD@dgandl.com
                                                  RJL@dgandl.com